## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION
### Civil Action No. 3:02-CV-00181 RLY

| | | |
|---|---|---|
| **JOHN MICHAEL DENHAM,** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **EVANSVILLE MARINE SERVICE, INC.** | : | |
| **and THE CAPTAIN ELROY,** | : | **DEFENDANTS** |

_____

## NOTICE OF MANUAL FILING OF HYPERLINK VERSION
## OF PLAINTIFF'S FINDINGS OF FACT & CONCLUSIONS OF LAW

Please take notice that the Plaintiff, John Michael Denham, by counsel, has manually filed the following document or thing: "Exhibit 1" to his Proposed Findings of Fact and Conclusions of Law, which is a compact disc ("CD") containing a "hyperlinked" version of same. "Exhibit 1" is substantively identical to the Plaintiff's Proposed Findings of Fact and Conclusions of Law that was filed electronically on October 4, 2004. The difference is that the version contained on the CD filed herein contains hyperlinks that instantly direct the reader to the text of cited caselaw and documentary exhibits introduced during the trial of this matter on September 23 and 24, 2001.

This exhibit has not been filed electronically because the hyperlinked exhibits would likely become disordered in the process of uploading to the Court's servers. This Plaintiff's "Exhibit 1" has been manually served on all parties.


Respectfully submitted,

**s/ Neil B. Chapman**
Neil Chapman, Esq.
DANKS & DANKS
1010 Sycamore Street
Evansville, IN 47708
(812) 426-1000 (telephone)

(812) 426-0751 (facsimile)
NeilBChap@aol.com

and

**s/ A.V. Conway**
A.V. Conway, II
CONWAY & KEOWN
124 West Union Street
P.O. Box 25
Hartford, KY 42347
(270) 298-3231 (telephone)
(270) 298-7855 (facsimile)
avclaw@bellsouth.net
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon the following by electronic filing, with the CD contained in "Exhibit 1" manually delivered via regular mail, on this 6th day of October, 2004.

Todd M. Powers, Esq.
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

Ronald E. Fox, Esq.
FOX_GALVIN LLC
One Memorial Drive, 8th Floor
St. Louis, MO 63102

**s/ Neil B. Chapman**
Neil Chapman, Esq.
DANKS & DANKS
1010 Sycamore Street
Evansville, IN 47708
(812) 426-1000 (telephone)
(812) 426-0751 (facsimile)
NeilBChap@aol.com