UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL DENHAM, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | 3:02-cv-181- RLY-WGH |
| | ) | |
| EVANSVILLE MARINE SERVICE, INC., | ) | |
| and THE CAPTAIN ELROY, | ) | |
|     Defendant. | ) | |

# ENTRY FOR SEPTEMBER 23, 2004

# BEFORE THE HON. RICHARD L. YOUNG, JUDGE

Comes now the plaintiff by counsel Neil Chapman and A.V. Conway, the defendants appear by counsel Todd Powers, Megan Ahrens, Robert Aldrich and Ron Fox, and stating they are ready to proceed the court trial of this cause is commenced. The court GRANTS the defendants' motion in limine, permitting their expert to remain in the courtroom during testimony.

The court hears opening argument from counsel and evidence on behalf of the plaintiff is commenced.

Evidence on behalf of the plaintiff is concluded.

The defendants' now move for judgment on the evidence, which motion is taken under advisement.

The time for adjournment having arrived the court is adjourned until 8:30 a.m. tomorrow.

Come again the parties and the trial is resumed.

Evidence on behalf of the defendant is commenced and concluded.

The court is adjourned.

Copies:
Neil B. Chapman
DANKS & DANKS
neilbchap@aol.com

A. V. Conway II
CONWAY & KEOWN
bmdlaw@bellsouth.net

Ronald E. Fox
FOX GALVIN, LLC
rfox@foxgalvin.com

Jay D. Patton
SCHROEDER MAUNDRELL BARBIERE POWERS
jpatton@schroederlaw.com

Todd M. Powers
SCHROEDER MAUNDRELL BARBIERE POWERS
tpowers@schroederlaw.com