UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL DENHAM, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:02-cv-181- RLY-WGH |
| | ) | |
| EVANSVILLE MARINE SERVICE, INC., | ) | |
| and THE CAPTAIN ELROY, | ) | |
| Defendant. | ) | |

## ORDER

On September 23 and 24, 2004, this court, pursuant to the parties' settlement agreement of May 18, 2004, heard evidence regarding the Jones Act seaman status of John Michael Denham. On November 1, 2004, the court issued its findings of fact and conclusions of law. It is this court's understanding that all issues in this case have been resolved, and accordingly the court orders the parties to tender a Stipulation of Dismissal by April 1, 2005. If the court does not receive the parties' Stipulation the court will dismiss this case *sua sponte*.

Dated:_____

_____
RICHARD L. YOUNG, Judge
United States District Court

Copies:
Neil B. Chapman
DANKS & DANKS
neilbchap@aol.com

A. V. Conway II

CONWAY & KEOWN
bmdlaw@bellsouth.net

Ronald E. Fox
FOX GALVIN, LLC
rfox@foxgalvin.com

Jay D. Patton
SCHROEDER MAUNDRELL BARBIERE POWERS
jpatton@schroederlaw.com

Todd M. Powers
SCHROEDER MAUNDRELL BARBIERE POWERS
tpowers@schroederlaw.com