UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL DENHAM | : | Civil Action No. 3:02-CV-181 RLY WGH |
| Plaintiff, | : | |
| v. | : | |
| EVANSVILLE MARINE SERVICE, INC. and THE CAPTAIN ELROY | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The within action having been fully compromised and settled between the parties hereto, and the Court having issued its Findings of Fact and Conclusions of Law as to the Jones Act seaman status of Plaintiff, the complaint of Plaintiff against Defendants may be and is hereby DISMISSED, with prejudice, as to future action, without record, each party to bear its own costs.

Dated: March 21, 2005

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

s/ Neil B. Chapmans/ Todd M. Powers
Neil Chapman, Esq.Todd M. Powers, Esq.
DANKS & DANKS**Schroeder, Maundrell, Barbiere & Powers**
1010 Sycamore Street11935 Mason Road, Suite 110
Evansville, IN 47708Cincinnati, Ohio 45249
513-583-4212 Phone
A.V. Conway, II, Esq.513-283-4203 Fax
124 West Union Street**Attorney for Defendant**
P.O. Box 25
Hartford, KY 42347
**Attorneys for Plaintiffs**

1